No. 72–6540. Harvey v. United States. C. A. 9th Cir. Certiorari denied.

No. 72–6547. Muise et al. v. United States. C. A. 1st Cir. Certiorari denied.

No. 72–6548. Tyndall et al. v. Wolff, Warden. C. A. 8th Cir. Certiorari denied.

No. 72–6550. Wolfe v. United States et al. C. A. D. C. Cir. Certiorari denied.

No. 72–6552. McPhatter v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–6560. Spruill et al. v. United States; and No. 72–6947. Gray et al. v. United States. C. A. 4th Cir. Certiorari denied. Reported below: 474 F. 2d 1343.

No. 72–6561. Rodriquez v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–6562. James v. United States. C. A. 2d Cir. Certiorari denied.

No. 72–6563. Satterfield v. United States. C. A. 6th Cir. Certiorari denied.

No. 72–6564. Jenkins v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 72–6565. Alver v. United States. C. A. 4th Cir. Certiorari denied.